# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

RICHARD HERB,

                              Plaintiff,

     v.

BERNADETTE SMITH, *et al.*,

                            Defendants.

Case No. 3:25-CV-00578-ART-CLB

**ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO EFFECT SERVICE**

[ECF No. 9]

Before the Court is Plaintiff Richard Herb's ("Herb") motion for extension of time to complete service of process. (ECF No. 9.) Herb seeks to extend the deadline by sixty days from the current deadline, for a new deadline of May 15, 2026. For good cause appearing, the Court grants Herb's motion. However, <u>no further extensions of time will be granted absent extraordinary circumstances</u>.

**IT IS THEREFORE ORDERED** that the Herb's motion for extension of time to complete service of process, (ECF No. 9), is **GRANTED**. Herb shall now have up to and through **Friday, May 15, 2026**, to serve Defendants.

**DATED**: March 12, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**